Whenever you're ready, we'll be glad to hear May it please the court. My name is Catherine Taylor and I along with my colleague Amy Garaguse Represent the appellant in this matter Cumberland County Hospital system Which I will refer to for simplicity's sake throughout this argument as Cape Fear, which is the DBA name under which it does business Your honors, this is a rule 12b6 case Before the court the rule 12b6 standards are well established in this circuit and Cape Fear is appealing here because the district court's decision dismissing this case No, your honor it's because the district court and the procedural posture here is actually rather convoluted But ultimately the district court purported to be applying rule 12b6 in its dismissal order in this case Your honor I have seen no case in this circuit where it was evaluated at that time frame There is an equitable component to it there are also Elements talking about structurally in other words how we evaluate it It's an extraordinary writ and we very seldom grant them There's very narrow grounds for granting them there not to be substituted for other procedures that are established And you're asking us to issue an order mandating the agency to act and The complaint does yes That that is not the purpose of this appeal the purpose of this appeal No, your honor we are here we are here We are here because we filed a complaint seeking a writ of mandamus The government filed a rule 12b1 motion to dismiss for subject matter jurisdiction We briefed that motion Under rule 12b1 there's a very simple three-factor test for determining whether jurisdiction exists the district court Found that there was subject matter jurisdiction and therefore denied the rule 12b1 motion but decided to reconsider the government's brief under the rule 12b6 standard and under that standard purported to To dismiss the complaint and he did so without asking for any further briefing Excuse me That's correct your honor And we're here because we believe the district courts dismissal was grounded in two holdings each of which was an error First the district court after finding the Cape Fear had sufficiently alleged for rule 12b1 Purposes that the Medicare Act creates a clear duty on the part of HHS to hold a hearing and render a decision within 90 days of a timely filed Medicare appeal and that the same same statute confers on Cape Fear a clear right to have its Medicare appeals heard by an ALJ and Decided within that deadline the district court then later in its opinion found the Cape Fear had not Sufficiently pled those same two elements Do we have getting into this? Getting into this whole area. What what business is it of ours? Did Congress do anything to? Indicate that the federal court should you know grant main damas relief. I thought Congress set forth as a remedy here if you're having a difficulty with the administrative process that the remedy is simply to jump to the next step and to escalate rather than to Come to court with a petition for mandamus your honor come to court. Eventually if you want with I suppose if you want to appeal or ruling of the Appeals Council only if you waive your due process rights your honor and Escalation as the district court did find and as is not on appeal here Escalation was properly pled in the complaint to be inadequate to remedy the statutory violation That is at issue the escalation provision requires you to waive your due process rights, and it does it is not right is that? What right are you required to waive you're required to waive your right to a hearing on your Medicare appeal? This that's that's not correct because you have a right to a hearing Independently of escalation before qualified independent contractors It no well you have a right to submit some additional documents. You also have a right to go to court That's the ultimate in other words you have a claim and Congress said you have to exhaust your remedies in the agency if you If you do exhaust them you can go to court And then it says you can exhaust them by this default process and go to court you have a judicial Claim in court for this amount you want your honor We cannot present evidence in the district court that could have been presented at the ALJ hearing once we get to the district court We are limited to whatever record was in existence before we would have normally had a hearing That all to the officer in the first instance you can present the whole smear the whole stack can testimony affidavits and everything Well the problem your honor and this plays out in Cape Fierce case in particular is that once the QIC gets that submission It is not bound to simply affirm or deny on the basis on which the rack denial was Was had in the first place in other words the QIC can come up with any reason it wants Within what it uses the record is to do what do you want us to do you want to you want us to mandate? To do what your honor I am NOT asking this panel to do anything other than to reverse the rule 12b 6 dismissal within the district court and Allow this case to go back to the district court for a presentation of evidence and a hearing Which we were denied in the district court process until this point you're denied the hearing because you didn't exhaust your administrative remedies Your honor we filed. This is a court after that Your honor a couple of a couple of responses to that first of all this petition was the district court for a mandamus Right who did you want the district court to mandamus the secretary of the Department of Health and Human Services? Okay, well, what did you want the? We want it We're gonna require the district court When it gets to the end of the line here To mandamus the Secretary of Health and Human Services to do what? to to comply with the statute and give Cape Fear a hearing before an ALJ on its 762 appeals within the 90-day deadline provided by statute But but that's not compliance with the statute because if the ALJ doesn't make a decision within 90 days The provider then takes the case to the Appeals Council Which then has a certain amount of time to make the decision, but that's the remedy Your honor once again. I would point out that the inadequacy of the remedy is not at issue here The district court found you're complaining that you don't like the process Congress set up this default process Congress didn't give you an absolute right you take out those words and say we have a hearing within 90 days But you leave off the fact that if you don't get it in 90 days You can go to the next level if you don't get it in that 90 days, but ultimately Congress gives you a remedy in court If the issue is discovery Evidence you can put that in in the very first instance before the hearing officer Actually, your honor. No, we can't because we've never been assigned a hearing officer to put it in in front of the the Agency here Your honor it varies by case Your honor there are 762 cases it will vary in each of those 762 cases on your claims before those persons in each case at what stage your honor at the ALJ first stage or second stage Before you get to the ALJ your honor. We laid this out in our complaint our I'm asking you a question My question is did you put the evidence that you had for your claim in before the agency at the lowest levels? Yes, your honor, and then they came back with a decision that was completely different from the one we were appealing But then at the next level we're not being given an opportunity to put in any evidence from there forward No You don't need to put in evidence you had the opportunity in the first instance to present it to the agency and have the court Rule on the record may I give your honor the example here? This is what we pled in our complaint. We had rack doesn't matter what you pled in your complaint right now What we're talking about is you're trying to reform an agency process that was set up by Congress and gets you to court Congress gets you to court, and you didn't take that route You're trying to bypass it and have us or the secretary to direct somebody I don't know who he's going to direct, but tell me what the secretary is going to do Secretary will sign the secretary will first of all assign our cases to an ALJ, which has not been done already assigned I mean you're in line No, honestly your honor. We are not we have received and this was in letters attached to our complaint We've received letters because they don't have enough That in other words you're in a queue, and it's not going to be taken care of in 90 days and so Congress provided the remedy your honor there is there is no orderly queue And we've alleged that in the complaint as well what we have here is that we have 762 cases which we have not been allowed to put in evidence Relating to the exact reason for denial that the QIC found in most instances Have you been denied any agency process set forth in the statute? Yes, your honor. We have what an ALJ hearing on our Appeals Says you're entitled to a hearing, but if you don't get a hearing go to the next level your honor that the escalation provision does nothing more than just Establish that the secretary doesn't lose jurisdiction on day 91 It does not preserve the appellants rights the appellant has a hearing right a due process right the Congress granted It would not have to give you any kind of hearing below Congress can set up any kind of agency process it wants if it lets you get to court ultimately That's the due process, and it does your honor. It does not let us get to court and present our case It allows us to go to court where and we have tested this process by the way your honor We have three cases right now pending at the district court level testing this process Why don't you follow through with that instead of mandamus the agency because the u.s. Attorney's office has taken the position that if we want to supplement the record at all With any testimony that we would have normally put in at the ALJ level The case will need to be remanded back to the end of the ALJ Q the escalation provision does nothing, but wait I'm sorry Your honor we've already been through the QIC process, that's Yes, your honor, but let me please let me I'm sorry Yes your honor But here's the problem is that in most of these cases the rack denied the claim initially? Because they said there wasn't a pre-admission screening form in the file We submitted the pre-admission screening form at the QIC level the QIC Then turned around and denied all of the claims on completely different bases But this is the point is you can take you can take issue with that In court if you want if you want to skip over these other processes you skip over these other levels, but the point is You you you submit your documents? Before the QIC you shouldn't just submit the one document submit all the documents your entire claim But your honor if they're questioning the medical judgment of our physicians at the QIC level Which is what they are routinely doing a bit of your medical Physicians in there put the claim put the bills put the justification in there, and that's going to be the record They're not going to look at it again because they can't look at it And it's going to end up in court on that record your honor the whole idea of a due process And a just adjudication of any sort is that you have notice of the issues that you are asked to The that are going to be adjudicated there was no notice here We were told you didn't submit a pre-admission screening form we provided the pre-admission screening form what did the QIC provide the whole case? Your honor your entire claim that Reasonableness the amount all this stuff. That's where you're supposed to do it your honor There is nothing within the regulatory rules that require that The way this is supposed to work is that the RAC auditor makes a finding and you challenge that finding the QIC level Yes, the QIC can then go back and do whatever it wants But the way this is supposed to work and set up to work is that you are putting in the evidence at the QIC Level that you need to rebut the RAC finding What you're asking us to do and I want to get back to the issue here You're asking us to mandamus the Secretary of Health and Human Services to require a particular ALJ to give you a hearing within a specified amount of time and what that does is You're asking us to catapult you To the very head of the line and while that might be an appealing prospect for your client It doesn't it isn't necessary. It isn't necessarily an appealing process For the different providers who have followed the administrative scheme that Congress set out and they might not like it if You jumped ahead and didn't follow the administrative scheme and suddenly were bumped ahead of everybody else That's not the way it's supposed to work Your honor I am out of time may I respond to that question First of all your honor The notion that there is an orderly line here is is false and there is Irrefutable evidence of that my own client has received three ALJ hearing notices And they were not the first three cases my client filed My client has 762 cases all filed at around the same time only about 500 of which have even been docketed So the notion that there's this orderly line that my client would be vaulted to the front of is simply false So that's that's the first thing the second thing is that Congress did not set up a process by in escalation by which My client gets a remedy what they did was they set up a process that ensures that people do not Try to on day 91 run into the district court and have a full trial on their Medicare appeal hearing before a district court judge on the basis that the secretary has now been divested of her exclusive jurisdiction There's no remedial Component of that provision and in fact Congress didn't call it a remedy it called it a consequence And with that your honor I will unless there are further questions my time is up Thank You Your Honor made please the court Joshua Salzman on behalf of Secretary Burwell I Think the important starting place for this is to recognize as this court seems to that this is a mandamus action which is an extraordinary form of relief and for two independent reasons The district court here correctly concluded that the plaintiffs claim was just inevitably going to fail and therefore correctly Dismiss the action and the first is when I've heard the process broken The agency is I think everybody agrees here Horribly underfunded and understaffed The end result is that a massive backlog has developed and the agency is working hard to work To identify a political solution to what is really inherently a political problem. Yeah clearly. It's a congressional problem, but what? What would be wrong with let every one of these people go to court and file their papers in court that they want well? They absolutely have a right to escalate as I think your honors seem to understand that that is the consequence that is the scheme Congress in vision, but the complaint is that The hospital is stuck with the record That is formed on a narrower basis That they want they basically want reimbursement And and so it seems to me To be able to put in the documents for justifying reimbursement under the statute at some point should be Universally allowed in other words not just if I understand what This particular client is this particular hospital is doing it's responding to the agency's observation of a deficiency And at some point they would like Put the whole claim in as if somebody's looking at de novo. I mean the amount the doctor's opinion. It's reasonable the statute that Absolutely your honor and in fact under the statute that's supposed to happen at the second level of review the QIC stage if you look at 42 USC 1395 FF subpart B 3 what it says is that no evidence is supposed to come in after that second stage of review Absent good cause so the time for when they were supposed to build that record is that second level of review? Which is before the backlog they describe. I was asking but she said that what she did is she Was told that her claim was vision because a form wasn't there so she applies the form And then they look at the whole claim again, and they deny for some other reason and I understand that too I I think the I the idea of responding if that's the last place under FFB 3 that you can put in evidence if I were the lawyer I put in the whole claim I get put in a stack of the whole claim right then yep, and then move quickly up to court, but It says except for good cause is the fact that you've got such a big backlog And I'm not able to address that as an agency matter because of funding and resources is that good cause to allow the court to? Hear that Evans for the first time well I I think there's one other level of review here that matters which is there's the board stage that fourth level of review before you get to court and Let's say you're stuck no, but but you can in let's say you're stuck at the third level for you And it's a case where the second level of review Turned on an issue didn't you didn't anticipate when you submit your escalation request to go from level 3 to level 4 You can also try to put in more evidence at that stage, too So you do have the ability to keep building the a provision that limits you're talking about the appeals board now, right? I'm talking about the appeals board I mean you need good cause, but if there was a grounds for Decision at the second level of review that sort of came completely out of left field Then I think you might have a possible argument for good cause You can build an administrative record before the QIC Absolutely your honor you you not only can you you must there? That's typical of all sorts of agency processes where you build your You build a level you build a record sometimes before hearing officer sometimes before an ALJ but my problem is With this form of relief that's requested the with with mandamus in the Secretary of Health and Human Services to give a Particular person a particular hearing at a particular time and just essentially restructuring the scheme that Congress has set forth which is to If you're not satisfied with the time deadlines and Congress anticipated that Then you go to the next level and you keep going to the next level and you can finally get in court And when you go through all these stages My goodness, if you have a chance to go before QIC and these other levels and finally in court There's no there's no default of due process rights. No infringement of due process rights there I I couldn't agree more your honor. I I think all of that is completely correct And the only thing I would add to that is the other point that I think was was made Earlier, which is this idea of line jumping which is if you have the mandamus Not only are you sort of deviating from the scheme Congress envisioned when it's set forth Escalation as the consequence when the agency doesn't meet the deadline But here you're what they're asking for is potentially really inequitable to everybody else Who's been waiting in that line and that's sort of what the DC Circuit was grappling with in bar labs. Let me ask you What you say sounds sounds totally consistent with the statute with the structure of courts vis-a-vis the agency In this case, we have an agency that Broken because of what you said for political reasons. We don't have the funding We don't have the personnel and the political branch is probably trying to address it together with the second branch But what do we do? There's an enormous frustration With these health care providers trying to get reimbursed And not getting reimbursed, I mean it could mean their livelihood they it's a lot of cash that gets stacked up How is there any? way to address that I Think there are limits to what can be done under the the current scheme as Congress laid it out I would note that they've had two levels of review already. It's not that they've been totally without process So they've had two different people look at it and say right because they've got court Right That is governed by the third branch at a jump from the second branch to the third branch and at that point they've got process and Apparently what you're saying is they've got the ability to build the record at the QIC stage and they should do it there Yes, and they could for good cause build it at the appeals board level too. Yes, Your Honor, but She's got six hundred seven hundred sixty two claims. I don't know what the dollar amount is but it it gets pretty heavy after for these hospitals and I Guess this the secretary can't just write checks out That that article one says that the secretary is not allowed to do that I can tell you the president's budget as we noted in our brief Asked to triple that this is you've got a unit though The Office of Medicare hearings and appeals is a discrete subunit with its own line item budget appropriation Congress said this agency gets eighty two million dollars a year The president's budget asks to triple that amount to sort of start trying to work through this backlog but unless Congress authorizes that and there's legislation before the Senate right now that would give 125 new million million new dollars to this agency. If somebody started Making a claim now, how long would the backlog be? So there's about to go north of 800,000 claims pending and at current funding levels the agency can decide about 80,000 claims a year. So ten years. That's ten years. Yeah Which is obviously not at all what Congress envisioned It's not at all what the agency wants, but they just are doing what they can with the resources they have The problem here is not that there's not a problem the problem here is the mandamus relief that's being sought It's this extraordinary remedy because if we granted mandamus here And and said yes, you can jump to court you don't have to Follow this escalation scheme. You can just jump to court get a mandate file a mandamus petition get rid of mandamus We did that they're going to be how many? 15,000 litigants The next 15,000 we're going to have a backlog then Absolutely, your honor the backlog is going to be with us, but except it won't be but I mean we'd have to What's to distinguish this case from the 15,000 litigants? They would on the next day be filing a petition for a writ of mandamus for them to have hearings meanwhile the scheme established by Congress is a wreck and the efforts to try to reform that scheme through additional resources and appropriations is kind of derailed or put in or Put in limbo the point is it's not just a case of putting one person It's the head of the line is the point is there's no limiting principle to this If you give a writ of randamus to one person you have to do that same extraordinary thing Or I don't know how many thousands of litigants. That's absolutely right your honor And there is no limiting principle here what the rule they're asking you for is Anybody who sues gets to gets the next hearing? and the 800,000 number of the number of litigants or the number of claims it is my understanding It's the number of discrete appeals, but this provider for example claims to have 760 appeals in the backlog I I'm afraid I don't know the number of If The panel has no further questions, I I think you got you understand my position, so Thank you Mr.. Taylor I Just want to address Some points that were raised During mr. Saltzman's argument First of all in response to your question about what can be considered at the DAB level although Yes, there is a possibility for putting in additional evidence at the DAB level strange enough for this quote-unquote remedy of escalation the DAB has the ability to simply Remand the claim to the very back of the ALJ line that is one of the options the DAB can take in that We have short funding we don't have staff we have all these Thousands of claims and of course if we granted your relief. We just transfer in all those claims from the agency to our court Which doesn't solve the problem any better again? It seems to me that the creative lawyering would Help you some to take advantage of the process which would be to load up your Everything you want to put in the district court put it before the QIC just in a package send it in and Have it there, and then default it all the way up to court and do a summary judgment It seems to me at least you'll get that And you can push it depending on the on the speed of the district court But to reform the agency process with a writ of mandamus that it Treats you as an individual different from everybody else in the process is really It's extraordinary what you're asking Your honor. I want to be clear. We are not here on this appeal asking for writ of mandamus We had a complaint a mandamus or a writ of mandamus Directing the secretary to give you a hearing your honor. That is not why we are here. We are here We filed a complaint in federal court We alleged a cause of action the district court dismissed the complaint the district court had Claimed to have bases for dismissing the complaint We have asked this court to do nothing more than to remand this case back to the district court for a full Presentation of argument and evidence which we did not get in the district court below on the get the relief I mean if we make the judgment you can't get a writ of mandamus that ends the case Your honor that this that puts the cart before the horse the the way the federal civil litigation usually works is that you file a complaint the other side answers and that then you have an Opportunity to develop and put in your arguments and your evidence. That's all we're asking for here We are not here asking you to mandamus the secretary that is far above and beyond what we are asking this panel to do Your complaint has to state a claim upon which relief can be granted and The claim of relief that you're asking for is mandamus now if we conclude there is you can't have that relief You can't have your complaint. You're not developing a complaint with facts. We know the facts. You know the facts the problem is You want to have a judicial order? interfering with the process that is an agency established process and Your your honor with with all due respect The whole point of the district court process is to allow those issues and arguments to be fully Developed you could have had everything you asked for if you simply followed the process your honor No, we could not have and we that is proven by the you could have you could have built the administrative record Before the qualified independent contractor you could have put in everything you could have asked after that level We're dissatisfied you if you thought of something afterwards You could make an effort to put it in with pause If you were displeased with the way in which the process was moving You could have come to district court and appealed the ruling of the Appeals Council In district court or you could have even if they hadn't moved within their time limits You could have escalated to the next step or to district court. My problem is not that you know Course you're frustrated and Congress understands the frustration and that's why these bills are in there to appropriate Additional resources, but it's it. It's not that the problem isn't frustrated It's the particular way you've gone about it which just skips over everything and seeks a writ of mandamus against the secretary which As I see it has the potential to make a bad problem more confused and worse Your honor. I'm almost out of time, but The usual rule 12b 6 standard is unless there is some insufficiency in the complaint We get our day in court Why is it that insufficient if you ask for mandamus relief and we conclude you can't have it based on the complaint Your honor. I would have I'm sorry your honor. I am out of time. May I respond? Yes Your honor. I would have to say none of what we've just been talking about in the last 20 minutes Is what's in the complaint and it's not a fair reading of the complaint and that's why we're here And I understand that everybody thinks they know what the facts are here Talking about the facts, but if you with the best facts, you can't get the relief You're asking for you don't have a complaint and it's 12b 6 is the right remedy Your honor your honor. Once again, I'm out of time. May I respond? your honor The the complaint States for example that this is not a problem of limited resources This is a problem that the secretary created by running a particular recovery audit contract program and mismanaging it and mismanaging it at ways in ways that Secretaries management of the Department of HHS in a court proceeding. Are we supposed to say to the secretary? You've appropriated too much for this particular health program and health concern and haven't appropriated enough for ALJ's and we need we think you need to shift your priorities madam secretary and and and get these and and start Reallocating funds from a to B. I mean where do we get the authority to set ourselves up as some kind of czar? Through a writ of mandamus to do these kinds of things. I have no idea what the Budget of HHS is Congress at least is looking into it in a more careful way than we're going to be able to Your honor once again, my time is that mate may I respond Everything your honor said Quite frankly is is not our theory of the case. It's contrary to a lot of what's been pled in the complaint We're not here asking for a writ of mandamus today All I'm asking this court is to honor the well-established rules governing rule 12 b6 and to actually read the complaint Compare it to the elements of mandamus And to reverse the district court what we believe was just an improvident and hasty decision The district court got caught up in the secretary's arguments about her limited resources. That's not in the complaint We have to stick with what's in the complaint if she wants to argue about her limited resources We should have an opportunity to fully develop those arguments and have a real fight about it not have to respond To something that isn't even properly before the court on the rule 12 b1 motion. It's considering Argue about limited appropriations insufficient appropriations in court rather than in Congress Your honor. We don't believe the problem here is insufficient appropriations. We believe the secretary has the power right now She's but she's been given the tools That to actually remedy this entire backlog as we've alleged in our complaint. She's been using some of them She's implemented ADR programs and settlement programs. She has taken small bites out of it. She just won't take the whole chunk. I So I apologize I'm now way over my argument time is there further Thank you, thank you
judges: William B. Traxler Jr., J. Harvie Wilkinson III, Paul V. Niemeyer